## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

SP Plus LLC

                     Plaintiff,

v.                                             Case No.: 1:25−cv−05825

                                                                  Honorable April M. Perry

Jeries Tadros

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable April M. Perry: The Court acknowledges receipt of the motion to dismiss [12] and sets the following briefing schedule: response to be filed by 8/20/2025; reply to be filed by 9/3/2025. The parties are asked to submit a Joint Initial Status Report, consistent with the template on Judge Perry's website, by 8/12/2025. As part of that status report, the parties are asked to state their positions as to whether discovery can begin, given that the motion to dismiss does not pertain to all counts in the complaint. The Court notes that attached to the motion to dismiss is a notice of presentment on 8/5/2025. Attaching a notice of presentment to another docket entry does not successfully get the motion on the Court's calendar; notices of motion must be filed separately on the docket. In any event, however, the Court strikes the motion presentment date. Ruling on the motion to dismiss will follow after it is fully briefed. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.