**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

SP Plus LLC
                     Plaintiff,

v.                                           Case No.: 1:25−cv−05825
                                                             Honorable April M. Perry

Jeries Tadros
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2025:

      MINUTE entry before the Honorable April M. Perry: Per request of counsel, the briefing schedule regarding the Motion to Dismiss [12] is amended as follows: response to be filed by 8/27/2025; reply to be filed by 9/10/2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.