# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

SP Plus LLC

                Plaintiff,

v.

Jeries Tadros

                Defendant.

Case No.: 1:25–cv–05825
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

      MINUTE entry before the Honorable M. David Weisman: In light of the parties' joint status report [32] indicating that they have settled the case, the status hearing set for 12/16/25 is stricken and reset to 1/15/26 at 9:15 a.m. for docket management only. Joint status report due by noon on 1/14/26. Any issues regarding the dismissal order shall be presented to the district court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.